UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VICTOR MORONES-RAMIREZ, | |
| Petitioner, | |
| v. | CAUSE NO. 3:26cv92 DRL-SJF |
| BRIAN ENGLISH, | |
| Respondent. | |

## ORDER

The court conditionally ordered the respondent to release Victor Morones-Ramirez if he remained detained without a custody redetermination hearing before an immigration judge by March 4, 2026. The respondent has notified the court that Mr. Morones-Ramirez appeared before an immigration judge for a custody redetermination hearing on March 3, 2026. Therefore, the court DIRECTS the clerk to enter judgment consistent with the court's order, without release, and to close this case.

SO ORDERED.

March 13, 2026                                  *s/ Damon R. Leichty*
                                                                Judge, United States District Court